UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RONALDO SILVA on behalf of himself and
other similarly situated,

                **Plaintiffs,**

v.

LITTLE FISH, CORP. d/b/a CARMINE'S
RESTAURANT

                **Defendant.**
-----------------------------------------------------------x

INDEX NO. 10-CV-7801

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Judge Paul G. Gardephe at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on April 30, 2012 at 2:30 p.m., to grant plaintiffs' motion for final approval of class action settlement.

Dated:  New York, New York
         April 23, 2012

                                  JOSEPH & KIRSCHEBAUM LLP

                                By: /s/ D. Maimon Kirschenbaum
                                      D. Maimon Kirschenbaum, Esq.
                                      233 Broadway, 5th Floor
                                      New York, New York 10279
                                      (212) 688-5640
                                      *Attorneys for Plaintiffs*